IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT ASHER, *et al* | § § | |
|    *Plaintiff (s)* | § § | |
| V. | § § | NO. 1:10CV180 |
| | § § § | |
| HARTFORD LLOYDS INSURANCE COMPANY, *et al* | § § | |
|    *Defendant(s)* | § | |

## ADVISORY

The litigants and counsel are notified of the following matters relevant to this action:

1. This case is assigned for trial to Hon. Ron Clark, United States district judge, but is referred to the undersigned magistrate judge for pretrial proceedings pursuant to General Order #RC 72-1.

2. **Judge Clark's procedures and rules of practice will govern this action** unless the parties cause it to be reassigned to the undersigned (see below). Accordingly, counsel and the parties shall consult and comply with Judge Clark's **Practice Pointers** and **Form Orders** posted in the *"Judges"* section of the court's website located at:

    *www.txed.uscourts.gov/Judges/Clark/Clark.htm*

3. Upon receipt of all parties' consent, this action may be reassigned to the undersigned for trial. In that event, counsel and pro se litigants may submit to the undersigned their joint, written election to proceed under less-structured Federal Rules of Civil Procedure and Local Rules of Court.

4.  Forms for consenting to a magistrate judge trial (No. AO-085) are available from the Clerk and also online from the *"Forms: Federal Forms"* section of the United States Courts website:

    *www.uscourts.gov/forms/uscforms.cfm?ShowAll=Yes*

SIGNED this 13th day of May, 2010.

_____
Keith F. Giblin
United States Magistrate Judge